IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Gregory B. Orton

    State Bar No. 184142.

                                       /

No. C 12-80211 WHA

**ORDER OF REINSTATEMENT**

In August 2012, an order removed Attorney Gregory Orton from the roll of attorneys authorized to practice law before this Court, based on his suspension by the State Bar of California, effective July 5, 2012.

Recently, Attorney Orton provided proof of reinstatement by the State Bar, effective September 3, 2012.

The Court now orders Attorney Orton placed back on the roll of attorneys authorized to practice before this Court. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 9, 2012.

                                                                      
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE